NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7110

PHILIP D. MUNRO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0083, Judge Robert N. Davis.

ON MOTION

ORDER

Philip D. Munro moves without opposition for a 45-day extension of time, until February 22, 2010, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 13 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Kenneth M. Carpenter, Esq.
      Meredyth Cohen Havasy Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2010

JAN HORBALY
CLERK